UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>AGUSTIN GUEVARA-BARCENAS,<br>    Defendant. | CRIMINAL ACTION NO. 5:12-36-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Agustin Guevara-Barcenas's motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (DE 35). Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a Report and Recommendation on August 29, 2014 (DE 51), which was submitted to this Court on September 24, 2014. Based on a review of the record and the applicable case law, the Magistrate Judge recommended that defendant's motion to vacate, set aside, or correct his sentence be denied. The Magistrate Judge further advised the parties that they had fourteen days in which to file objections to the recommendation.

While this Court would exercise *de novo* review of the portions of the Report and Recommendation to which objections are made, *see* 28 U.S.C. § 636(b)(1)(C), Guevara-Barcenas did not file any objections. The Court has reviewed the Report and Recommendation and agrees with its analysis. Therefore, the Court adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Accordingly, **IT IS ORDERED** that:

1. The Magistrate Judge's Report and Recommendation (DE 51) is **ADOPTED** as and for the opinion of the Court;

2. The defendant's motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 (DE 35) is **DENIED**; and

3. Judgment shall be entered contemporaneously with this Order.

Dated November 4, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY